Garesche v. Lewis.

| 93 | 197 |
|----|-----|
| 172 | 1 36 |

GARESCHÉ, *Appellant*, v. LEWIS, *Administrator*.

1.  **Administration:** LIMITATIONS : EXHIBITION OF DEMANDS. Under the statute, unmatured demands running to certain maturity are barred, unless they are exhibited to the administrator within two years after the publication of notice of the grant of letters.

2.  ——— : CORPORATIONS : STOCKHOLDERS. The claim of a creditor of a corporation against a stockholder for unpaid stock matures on dissolution of the corporation, and must be exhibited within two years.

3.  ——— : ——— : ———. The liability of a stockholder to a creditor of the corporation for unpaid stock becomes fixed by the insolvency and dissolution of the corporation, and then becomes a primary liability.[*]

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Smith & Harrison* and *A. R. Taylor* for appellant.

*G. A. Finkelnburg* and *G. D. Bantz* for respondent.

BRACE, J.—This case is before us on appeal from the judgment of the St. Louis Court of Appeals, affirming

---

[*] These syllabi are taken from 15 Mo. App. 565.

the judgment of the St. Louis circuit court, and, after a careful consideration of the views urged by counsel for appellant, we are of opinion that the doctrine asserted by the court of appeals is correct, and the judgment of said court is affirmed on the grounds and for the reasons stated in the opinion of said court. 15 Mo. App. 565. All concur, except Judge Sherwood, not sitting.